**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eric Gerow, | No. CV-24-03517-PHX-KML |
| Plaintiff, | **ORDER** |
| v. | |
| Tom Blackwell, et al., | |
| Defendants. | |

The Middle District of Florida transferred this case to the District of Arizona under 28 U.S.C. § 1404(a). (Doc. 20.) The transfer order noted plaintiff Eric Gerow already has a pending case in this district, CV-23-1059-PHX-DGC. A review of the complaints in the two cases reveals they assert some of the same claims against the same defendants. (*Compare* Doc. 136 at 99-108 in CV-23-1059-PHX-DGC *with* Doc. 21 at 24-33 in CV-24-3517-PHX-KML.) Gerow likely cannot pursue both suits because a plaintiff "generally has no right to maintain two separate actions involving the same subject matter at the same time in the same court and against the same defendant." *Mendoza v. Amalgamated Transit Union Int'l*, 30 F.4th 879, 886 (9th Cir. 2022).

/

/

/

/

/

Accordingly,

**IT IS ORDERED** no later than **December 27, 2024**, plaintiff Eric Gerow shall file a statement explaining whether this case should be dismissed because he is pursuing the same claims in a different pending case.

Dated this 16th day of December, 2024.

Honorable Krissa M. Lanham
United States District Judge